# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND B. POLLOK, an individual, | Case No. CV09-7006 JST (PJWx) |
| Plaintiff, | Judge: Hon. Josephine Staton Tucker |
| vs. | **JUDGMENT** |
| NORTHROP GRUMMAN HEALTH PLAN, an employee benefit plan, and DOES 1 through 10 inclusive, | |
| Defendant. | |
| NORTHROP GRUMMAN HEALTH PLAN, | |
| Counter-Claimant, | |
| vs. | |
| RAYMOND B. POLLOK, | |
| Counterdefendant. | |

WHEREAS the Court issued its FINAL ORDER after court trial in favor of Defendant Northrop Grumman Health Plan, IT IS ORDERED, ADJUDGED AND DECREED that

1. Plaintiff shall take nothing on his complaint against Defendant Northrop Grumman Health Plan.

1

1     2.     Final judgment is entered in favor of Defendant in the amount of $88,255.33 on its counterclaim against Raymond B. Pollok.

Dated: June 29, 2011

_____
Josephine Staton Tucker
United States District Judge